**WHITMAN v. KIGER**

[353 N.C. 360 (2001)]

PHILLIP WHITMAN AND WIFE, EVA WHITMAN v. WILLIAM "SONNY" KIGER AND WIFE, BEVERLY KIGER

No. 375A00

(Filed 6 April 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 139 N.C. App. 44, 533 S.E.2d 807 (2000), reversing summary judgment for defendants, entered 12 July 1999 by Graham, J., in District Court, Forsyth County, and remanding for further proceedings. Heard in the Supreme Court 13 February 2001.

*Larry L. Eubanks for plaintiff-appellees.*

*Morrow Alexander Tash Kurtz & Porter, by John F. Morrow, for defendant-appellants.*

PER CURIAM.

AFFIRMED.